IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GEORGIE ELAINE RUSSELL, Defendant. | CR 16-46-GF-BMM ORDER |
|---|---|

Upon the unopposed motion, and for good cause shown,

IT IS ORDERED that the indictment and case against Ms. Georgie Elaine Russell are UNSEALED.

Dated this 18th day of September, 2017.

_____
Brian Morris
United States District Court Judge